IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:12-CR-267** |
| | : | |
| **v.** | : | |
| | : | |
| **DARIUSZ PRUGAR** | : | |
| | : | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant Dariusz Prugar's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, (Doc. 138,) is **DENIED**.

    s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: December 12, 2018